21 CV 622

FILED
MAY 14 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)**

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

### 1. CAPTION OF ACTION

**A.     Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Raydaro Vashawn Paulk Sr

-vs-

**B.     Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1 { 
1. Erie County Pistol Permit, Micheal P. Kearns      4. Honorable M. William Boller
2. Micheal P. Kearns Erie County Clerk                 5. _____
3. _____                                      6. _____

### 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections **MUST** be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Found in the Constitution Article III states the judicial power shall extend to all cases in law and equity, arising under the United States and Treaties made, or which shall be made, under Federal Court Authority.

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Plaintiff Raydaro Paulk and defendant Michael P. Kearns both resides in Western New York District which is Buffalo New York.

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: Other statutory Actions. Denial in the matter of an Firearms License Application. Wrong infraction of plaintiff Criminal history.

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Maydaro Vashawn Paulk SR

Present Address: 74 TENTH STREET Apartment #104 Buffalo, NY 14201

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Michael P. Kearns

Official Position of Defendant (if relevant): ERIE COUNTY CLERK

Address of Defendant: 92 FRANKLIN STREET Buffalo, NY 14202-9949 716-858-8797

Name of Second Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: _____

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes ☐   No ☑

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:
    Plaintiff(s): (N/A)
    (N/A)

2

|   | Defendant(s): _____ (N/A) |
|---|---|
|   | _____ (N/A) |
| 2. | Court (if federal court, name the district; if state court, name the county): (N/A) |
|   | _____ (N/A) |
| 3. | Docket or Index Number: _____ |
| 4. | Name of Judge to whom case was assigned: (N/A) |
| 5. | The approximate date the action was filed: (N/A) |
| 6. | What was the disposition of the case? |

Is it still pending? Yes ☐  No ☐

If not, give the approximate date it was resolved. (N/A)

Disposition (check those statements which apply):

☐ Dismissed (check the statement which indicates why it was dismissed):

☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
☐ By court due to your voluntary withdrawal of claim;

☐ Judgment upon motion or after trial entered for

☐ plaintiff
☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

**A. FIRST CLAIM:** On (*date of the incident*) March 26TH, 2021,
defendant (*give the **name and (if relevant) the position held** of each defendant involved in this incident*)
"Michael P. Kearns" Erie County Clerk send me a denial letter from "Honorable M. William Boller," Acting Justice of the Supreme Court

3

did the following to me (*briefly state what each defendant named above did*): I Rayclass Vashawn Paulk was denied Firearm License pursuant to section 400.00 of The NEW YORK STATE PENAL LAW. States my failure to disclose any Criminal Charges even if dismissed and sealed. May be a sufficient cause to deny this application. I pursued last year to follow all steps of the application. Buffalo Police Headquarters 68 court street received all Answers that was shown. Also 25 Delaware Ave 50 Delaware for deposition I payed for the ones was shown that they found completed NRA Certificate, found 4 References for and more. Courts made an error with my Birthday of on deposition couldnt find arrests cause of wrong Birthdate in System

The federal basis for this claim is: I wish that the courts can see I did not hide Arrest Info. Error in courts caused my FIREARMS LICENSE DENIAL

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: If the courts could see or view my evidence of my arrests. that I just found going back in forth to each Downtown Buffalo Courts. Until I found the wrong & correct problem. There was an Arrests with the wrong BIRTHDATE (1985) mines 12/05/1983 If I can get my decision (Over turned) due to the court system Error.

**B. SECOND CLAIM:** On (*date of the incident*) _____,

defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) (N/A)

did the following to me (*briefly state what each defendant named above did*): _____

(N/A)

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*:

(N/A)

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I worked very hard to get accepted for a Firearm License and was denied. Because of an arrests that didn't show up in Background check at the police Headquarters or 75 Delaware and 50 Delaware. Until I was denied and Michael P. Kearns 92 Franklin St Buffalo NY found the code and the courts told me they could not find it because my birthday was wrong

Do you want a **jury trial**? Yes ✓  No ☐

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on ___May 14 2021___
         (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

Signature(s) of Plaintiff(s)

5



# BUFFALO CITY COURT

50 Delaware Avenue, Buffalo, NY 14202
Phone: (716) 845-2689 Fax: (716) 847-8257

Court ORI: NY0140111J

**FEE**
**Non-Public**
**Version**

The People of the State of New York
vs.
**Raydaro V. Paulk**

**Certificate of Disposition**
Docket Number: **CR-01001-05**
Legacy Docket Number: **2005ER011585F**
CJTN: 058301502Y
NYSID: 02246291Q

Defendant DOB: 12/05/1985)  *COURTS' ERROR NOT MY FAULT!*

Arrest Date: **08/31/2006**  Arraignment Date: **08/31/2006**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Buffalo City Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 145.05 EF Criminal Mischief-3rd **SEALED 160.50** | EF | Reduced to (Count #2) | 09/26/2006 |
| 2 | PL 145.00 01 AM Crim Mis:Intent Damage Proprty **SEALED 160.50** | AM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 09/26/2006 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **May 13, 2021**

*Erika L...*
Chief Clerk/Clerk of the Court

### CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute. It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law, in connection with the licensing, employment or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. [Executive Law § 296 (16)] Charges may not be the same as the original arrest charges.

CPL 160.50: All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

```
         STATE OF NEW YORK
         BUFFALO CITY COURT
         50 DELAWARE AVENUE
         BUFFALO, NY 14202
           RECEIPT # 817508

DATE: 05-13-2021  TIME: 15:23
CASE #: CR-01001-05
DEFENDANT: RAYDARD PAULK
RECEIVED FROM: RAYDARD PAULK

1-CERTIFICATE DISPO CRIM        5.00

TOTAL DUE:                      5.00
PAYMENTS:
   CASH                         5.00
AMOUNT TENDERED:                5.00
CHANGE:                          .00
OPERATOR: AB    REGISTER# 2
```

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

IN THE MATTER OF THE APPLICATION OF

RAYDARO V. PAULK

FOR A FIREARMS LICENSE PURSUANT TO
SECTION 400.00 OF THE NEW YORK STATE
PENAL LAW

ORDER

    Upon a full review of the application for a firearms license by the above-named applicant, and following a full investigation of the application, said application is hereby DENIED for the following reason: Applicant's failure, under oath, to completely and accurately answer the question on the application regarding prior arrests, contrary to the instructions on said application: "Your failure to disclose any criminal charge (even if dismissed and sealed), may be sufficient cause to deny this application." At the time he filed his application, applicant also signed a document acknowledging that "Failure to disclose any criminal charges placed against you at any time will result in a denial of your application."

    Applicant failed to disclose certain background information regarding a prior criminal history.

    The purpose for the application and all of the forms filed therewith are critical to maintaining accurate and proper documentation. Applicant failed to comply with the requirements of the law. The application must therefore be denied.

    Permission is hereby granted for applicant to submit a new application for a Firearms License one year from the date of this Order.

    SO ORDERED.

                                  HONORABLE M. WILLIAM BOLLER
                                  A.J.S.C.

DATED: March 26, 2021
         Buffalo, New York



## COUNTY OF ERIE
## MICHAEL P. KEARNS
## ERIE COUNTY CLERK

April 1, 2021

RAYDARO V PAULK
74 10TH ST #104
BUFFALO, NY 14201

Dear RAYDARO::

Please be advised that your application for a Firearms License has been denied by the Honorable M. William Boller, Acting Justice of the Supreme Court.

Enclosed is the order specifying his reason(s) for his decision.

If you have any questions, please contact the Pistol Permit Department at 716-858-8785, option #3.

Sincerely,

*Michael P Kearns*

MICHAEL P. KEARNS
Erie County Clerk

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
"Raydaro Vashawn Paulk SR."

**DEFENDANTS**
Erie County Clerk "Michael P. Kearns"

(b) County of Residence of First Listed Plaintiff: Erie County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Michael P. Kearns
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
(N/A)

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
(N/A) *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS - Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☒ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause: Denied Pistol Permit, due to Government police station and courts wrongdoing

## VII. REQUESTED IN COMPLAINT:
(N/A) ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint: $2M
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* (N/A)
JUDGE _____ DOCKET NUMBER _____

DATE: 5/14/2021
SIGNATURE OF ATTORNEY OF RECORD: *[signature] Raydaro Paulk*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____